

**IT IS ORDERED as set forth below:**

Date: February 3, 2015

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**SHAMEIKA LASHUNTE BROWN**,<br>**JODY RICKY BROWN, JR.**,<br><br>Debtors. | CHAPTER 13<br><br>CASE NO. **12-42622 - PWB** |
| CITIMORTGAGE, INC.,<br>Movant,<br>v.<br><br>SHAMEIKA LASHUNTE BROWN,<br>JODY RICKY BROWN, JR.,<br>MARY IDA TOWNSON, Trustee,<br>Respondents. | CONTESTED MATTER |

### CONSENT ORDER

This matter comes before the Court on the Motion for Relief from Automatic Stay filed by CitiMortgage, Inc., its successors and assigns, on November 20, 2014, and having been scheduled for a hearing on January 7, 2015 regarding real property now or formerly known as

147 Hill Street, Summerville, GA 30747 (hereinafter referred to as the "Property") and the parties herein having reached an agreement.

The parties herein are in agreement that the post-petition mortgage arrearage owed to Movant as of January 7, 2015 is $1,949.98. This figure is comprised of the November 2014 through January 2015 post petition payments in the amount of $456.39 each, attorney fees and cost in the amount of $826.00, with a suspense balance of $245.19. Debtor(s) will be required to cure the arrearage of $1,949.98 by making payments to Movant in the amount of $216.66 for the next eight (8) consecutive months and $216.70 for one (1) month thereafter, to be tendered on or before the 15th day of each month beginning February 2015.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Debtor(s) shall be required, beginning February 2015 to pay to Movant all future monthly mortgage payments when due. These mortgage payments as well as the payments necessary to cure the post-petition mortgage arrearage shall be governed by a Strict Compliance Clause as outlined herein below and said Clause shall remain in effect for a period of nine (9) months beginning February 2015. Upon failure by Debtor(s) to make any of these payments to Movant when due, the Automatic Stay may be modified as to the Property subject to the following conditions and allow Movant to proceed to foreclose or otherwise dispose of the Property or take action including exercising its state law remedies including, but not limited to, dispossessory proceedings, or to take any action which is necessary in order for Movant to recover upon its secured claim to the Property.

Upon failure by Debtor(s) to tender to Movant the above-stated funds as provided herein, and upon notice of default sent by first class mail to Debtor(s) and Debtor(s) attorney at the address indicated on the attached distribution list, and failure by Debtor(s) to cure the default

within 10 days of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor(s) and Debtor(s) attorney, and the Court may enter an Order modifying the automatic stay, waiving the 14-Day Stay of Bankruptcy Rule 4001(a)(3), without further notice or hearing.  In the event an Order modifying the automatic stay is entered, Trustee is to cease funding any pre-petition arrearage claim.

Any excess proceeds derived from a foreclosure sale by Movant shall be remitted to the Chapter 13 Trustee. At its option, Movant may contact Debtor(s) via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. The entry of this order does not absolve Debtor(s) of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

**[END OF DOCUMENT]**

CONSENTED TO BY:

_____/s/_____
Viraj Deshmukh
Georgia Bar No. 925812
Pendergast & Associates, P.C.
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346
(770) 392-0303 Telephone
(770) 392-0909 Facsimile
vdeshmukh@penderlaw.com
ATTORNEY FOR MOVANT

_____/s/_____*with Express Permission to Viraj Deshmukh to sign*
Chris Rampley
Georgia Bar No. 593225
P O Box 927
Rome, GA 30162-0927
(706) 291-7060 Telephone

NO OPPOSITION

       /s/      *with Express Permission to Viraj Deshmukh to sign*
Chris Rampley
Georgia Bar No. _____
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
(404) 525-1110 Telephone
(404) 522-4448 Facsimile

DISTRIBUTION LIST

Jody Ricky Brown, Jr.
Shameika Lashunte Brown
147 Hill Ave
Summerville, GA 30747-1265

Chris Rampley
P O Box 927
Rome, GA 30162-0927

Chris Rampley
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Viraj Deshmukh
Pendergast & Associates, P.C.
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346